# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

LOWCOUNTRY MARINE SALVAGE, LLC,

    Plaintiff,

v.

UNIDENTIFIED SHIPWRECKED VESSEL OR VESSELS, ETC.,

    Defendants.

Case No. CV413-059

## REPORT AND RECOMMENDATION

On June 17, 2013, the Court authorized newspaper publication service of the Complaint in this case. Doc. 21. Other than an Affidavit of Publication filed the next month, doc. 22, there has been no litigation activity since. The Court directed plaintiff to show why its case should not be dismissed without prejudice under Fed. R. Civ.P. 4(m) and 41(b). It has failed to comply, so this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED**, this 28th day of April, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA