## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

LOWCOUNTRY MARINE SALVAGE, LLC, )
                                   )
     Plaintiff,             )
                                   )
v.                               )     CASE NO. CV413-059
                                   )
UNIDENTIFIED SHIPWRECKED       )
VESSEL OR VESSELS, their       )
apparel, tackle,                )
appurtenances, and cargo      )
located in the Atlantic Ocean )
within a three nautical mile )
radius of the coordinates 33 )
degrees 15.665 minutes North )
Latitude, and 078 degrees     )
30.063 minutes West Longitude, )
                                   )
     Defendants.           )
                                   )



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
MAY 21 2015
CLERK
SO. DIST. OF GA

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 24), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20*th* day of May 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA